# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00274-CV

**Billy Bob Aldridge and Allegheny Mutual Casualty Co.
dba Alamo Bail Bonds, Surety, Appellants**

**v.**

**State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 01-091-C277, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

The trial court signed a final judgment on January 3, 2002. On February 1, appellants Billy Bob Aldridge and Allegheny Mutual Casualty Co. dba Alamo Bail Bonds, Surety, filed a motion for new trial. On April 18, they filed their notice of appeal. On May 15, this Court sent appellants a letter informing them that the notice of appeal appeared to be untimely, requesting a response by May 28, and notifying them that a failure to respond timely would result in the appeal=s dismissal. On July 3, appellee the State of Texas filed a motion to dismiss the appeal. To date, appellants have not responded to the Court=s letter.

We therefore dismiss the appeal for want of jurisdiction.  Tex. R. App. P. 42.3(a).  We dismiss appellee=s motion to dismiss.


Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   July 26, 2002

Do Not Publish